No. 03–8461. Brooks v. Early, Warden. C. A. 9th Cir. Certiorari denied.

No. 03–8462. Conner v. Hill, Superintendent, Snake River Correctional Institution. C. A. 9th Cir. Certiorari denied.

No. 03–8467. Johnston v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 03–8470. McMillan v. Yellow Cab et al. C. A. 5th Cir. Certiorari denied.

No. 03–8471. Ostrander v. Luebbers, Superintendent, Farmington Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 03–8477. Barkclay v. Maricopa County, Arizona, et al. C. A. 9th Cir. Certiorari denied.

No. 03–8485. Nash v. Morgan, Superintendent, Washington State Penitentiary. C. A. 9th Cir. Certiorari denied.

No. 03–8486. Pena v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 03–8489. Brown v. Lewis, Warden. C. A. 9th Cir. Certiorari denied.

No. 03–8496. Obadele v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 03–8499. Jemmerison v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 03–8500. Johnson v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 03–8502. Jones v. Birkett, Warden. C. A. 6th Cir. Certiorari denied.